**ORIGINAL**

FILED IN OPEN COURT
U.S.D.C. - Atlanta

AUG 24 2022

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>AQUIL MUHAMMAD AND<br>MALCOLM BROWN | Criminal Indictment<br><br>No. **1:22CR0311** |

THE GRAND JURY CHARGES THAT:

**Count One**
**(Conspiracy)**

1. From in or about April 2017 through in or about November 2017, in the Northern District of Georgia and elsewhere, the defendants, AQUIL MUHAMMAD and MALCOLM BROWN, did knowingly and willfully combine, conspire, confederate, agree, and have a tacit understanding with each other and with others known and unknown to the Grand Jury to devise and intend to devise a scheme and artifice to defraud Delta Airlines, and for obtaining money and property from Delta Airlines by means of materially false and fraudulent pretenses, representations, and promises, and by the omission of material facts, in violation of Title 18, United States Code, Section 1343.

## Background

2. Defendant MUHAMMAD was a Customer Experience Global Ticketing Specialist in Delta's Reservation Sales Division. In that position, he had access to Delta's reservation system, allowing him to book tickets for air travel.

3. Defendant MUHAMMAD worked in one of Delta's Minneapolis, Minnesota, locations. Delta's reservation system for booking reservations and issuing tickets was located in its Reliability Control Center located in Atlanta, Georgia.

4. Defendant BROWN was an associate of defendant MUHAMMAD who lived in the Northern District of Georgia.

## Object of the Conspiracy

5. Defendant MUHAMMAD used his position as a Delta ticket specialist to issue zero-cost tickets to individuals who paid him and defendant BROWN for those tickets. That is, Delta received no revenue for those tickets. Instead, defendant MUHAMMAD was paid for the tickets, frequently through the payment app Square.

## Manner and Means of the Conspiracy

6. Defendant MUHAMMAD used the Delta ticketing system to issue fraudulent tickets at $0 cost. Defendant MUHAMMAD booked reservations in Delta's ticketing system but overrode the fares in the system, fraudulently changing the fares to $0.

7. Although zero-cost tickets require a Non-Cash Incentive Certificate (NCIC) to be valid, defendant MUHAMMAD fraudulently omitted this information because the travelers did not have NCICs to use for their tickets. These zero-cost tickets generated taxes that had to be paid. To pay the taxes for these tickets, defendant MUHAMMAD generated fraudulent Transportation Credit Vouchers (TCV) and Delta Travel Vouchers (DTV). Defendant MUHAMMAD caused the Delta ticketing system to issue TCVs without a valid business purpose and without authorization. The TCVs and DTVs were used to pay the taxes on multiple zero-cost tickets.

8. Delta did not authorize defendant MUHAMMAD to issue the zero-cost tickets or the TCVs or DTVs to pay the related taxes.

9. Defendant MUHAMMAD used his personal email address, qmuhammad45@gmail.com, and defendant BROWN's email address, bruthamal@gmail.com, among others, on the zero-cost ticket reservations.

10. As part of the scheme, defendant BROWN received money from travelers and paid defendant MUHAMMAD for tickets through Square. Defendant BROWN also received the travelers' itineraries and confirmations, sent to his personal email address, even though the reservations were for others.

11. Delta did not receive any payments for these tickets and actually had to pay the taxes on them because of the fraudulent TCVs and DTVs that defendant

MUHAMMAD issued and used to pay the taxes. Delta lost over $440,000 in revenues because of the fraudulent tickets.

All in violation of Title 18, United States Code, Section 1349.

## Counts Two Through Seventeen
### (Wire Fraud)

12. The Grand Jury realleges and incorporates by reference the factual allegations of paragraphs 2 through 11 of this Indictment as if the same were fully set forth herein.

13. On or about each of the dates set forth below, in the Northern District of Georgia and elsewhere, the defendants, AQUIL MUHAMMAD and MALCOLM BROWN, aided and abetted by each other and by others known and unknown to the Grand Jury, having devised and intending to devise a scheme and artifice to defraud Delta Airlines, and for obtaining money and property from Delta Airlines by means of materially false and fraudulent pretenses, representations, and promises, and by the omission of material facts, transmitted and caused to be transmitted by means of wire communication in interstate commerce, the following writings, signs, signals, pictures, and sounds for the purpose of executing such scheme and artifice, by issuing the following tickets from Delta's ticketing system, causing interstate wire transmissions:

| Count | Date | Description |
|---|---|---|
| 2 | Aug. 27, 2017 | Delta ticket for S.J. with locator HMBMVW for a round trip from Atlanta to Las Vegas |

4

| Count | Date | Description |
|---|---|---|
| 3 | Sept. 8, 2017 | Delta ticket for S.J. with locator HSXL2Q for a round trip from Atlanta to Chicago |
| 4 | Sept. 8, 2017 | Delta ticket for C.M. with locator HTDDLZ for a round trip from Atlanta to Chicago |
| 5 | Sept. 18, 2017 | Delta ticket for I.R. with locator G48Q7S for flight from Atlanta to Raleigh-Durham |
| 6 | Sept. 18, 2017 | Delta ticket for D.R with locator G4XTDS for a round trip from Atlanta to San Francisco |
| 7 | Sept. 20, 2017 | Delta ticket for C.S.M. with locator JPV4I8 for a round trip from Baltimore, through New York, to the Dominican Republic |
| 8 | Sept. 22, 2017 | Delta ticket for S.J. with locator HLEKRF for a round trip from Atlanta to Detroit |
| 9 | Oct. 4, 2017 | Delta ticket for A.D. with locator HXYA9F for a round trip from Atlanta to Phoenix |
| 10 | Oct. 4, 2017 | Delta ticket for L.B. with locator HYAH9D for a round trip from Atlanta to Minneapolis |
| 11 | Oct. 4, 2017 | Delta ticket for T.B. with locator HYFIKF for a round trip from Atlanta to Minneapolis |
| 12 | Oct. 4, 2017 | Delta ticket for Z.A.B. with locator HYFP39 for a round trip from Atlanta to Minneapolis |
| 13 | Oct. 17, 2017 | Delta ticket for W.L. with locator HX779D for a flight from Cleveland to Atlanta |
| 14 | Oct. 23, 2017 | Delta ticket for D.S. with locator G9OGVV for a round trip from Atlanta to New York |
| 15 | Oct. 29, 2017 | Delta ticket for B.D.R. with locator GLTINS for a round trip from Honolulu to Atlanta |
| 16 | Oct. 29, 2017 | Delta ticket for B.D.R.III with locator GLYR2G for a round trip from Honolulu to Atlanta |
| 17 | Nov. 11, 2017 | Delta ticket for L.M. with locator HQPY2J for a round trip from Seattle to Philadelphia |

All in violation of Title 18, United States Code, Section 1343 and Section 2.

5

## Forfeiture

14. Upon conviction of Counts One through Seventeen of this Indictment, the defendants, AQUIL MUHAMMAD and MALCOLM BROWN, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense. The property to be forfeited includes, but is not limited to, the following:

> MONEY JUDGMENT: A sum of money in United States currency, representing the amount of proceeds obtained as a result of the offenses alleged in Count One through Seventeen of this Indictment.

15. If, any of the property described above, as a result of any act or omission of a defendant:

> (a) cannot be located upon the exercise of due diligence;
> 
> (b) has been transferred or sold to, or deposited with, a third party;
> 
> (c) has been placed beyond the jurisdiction of the Court;
> 
> (d) has been substantially diminished in value; or
> 
> (e) has been commingled with other property which cannot be divided without difficulty;

the United States intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

A ___TRUE___ BILL
___/s/ Jeanette Egeler___
FOREPERSON

RYAN K. BUCHANAN
*United States Attorney*

___/s/___
CHRISTOPHER J. HUBER
*Assistant United States Attorney*
Georgia Bar No. 545627

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

7